**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-2601**

_____

CALVIN LATIMER; SANDRA LATIMER,

Plaintiffs - Appellants,

v.

U.S. SOCIAL SECURITY ADMINISTRATION; EASTER SEALS; NORTH
CAROLINA DEPARTMENT OF SOCIAL SERVICES,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.  Max O. Cogburn, Jr.,
District Judge.  (3:12-cv-00406-MOC-DSC)

_____

Submitted:  May 26, 2016                 Decided:  May 31, 2016

_____

Before TRAXLER, Chief Judge, and NIEMEYER and FLOYD, Circuit
Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Calvin Latimer; Sandra Latimer, Appellants Pro Se.  Paul Bradford
Taylor, OFFICE OF THE UNITED STATES ATTORNEY, Asheville, North
Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Calvin G. Latimer and Sandra Latimer seek to appeal the district court's orders dismissing their complaint as against the United States Social Security Administration and remanding their case to the state court from which it was removed and denying their "Motion for Disposition of Children." We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

When the United States or its officer or agency is a party, the notice of appeal must be filed no more than 60 days after the entry of the district court's final judgment or order, Fed. R. App. P. 4(a)(1)(B), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's orders were entered on the docket on August 16, 2012 and May 12, 2015. The notice of appeal was filed on December 29, 2015. Because the Latimers failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we deny leave to proceed in forma pauperis and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the

2

materials before this court and argument would not aid the decisional process.

DISMISSED